# Court of Appeals
# of the State of Georgia

ATLANTA, August 07, 2024

*The Court of Appeals hereby passes the following order:*

## A25E0006.  BURKE v. CHILDS et al.

This emergency  motion  was docketed as of August 2, 2024. The movant Burke asks for an extension of time to file his application on the ground that "the mail system is unreliable."

This motion does not meet the requirements of Court of Appeals Rule 40 (b) and is therefore DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/07/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*